IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JOSHUA GALINDO, Individually and on Behalf of all Others Similarly Situated, *Plaintiff,* <br><br> v. <br><br> COMPLETION EQUIPMENT RENTAL, INC., RICHARD PRUDHOMME, and ASHLEY PRUDHOMME-DINSDALE, *Defendants.* | No. MO:20-CV-260-DC-RCG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Joshua Galindo, Individually and on behalf of Others Similarly Situated ("Named Plaintiff"); and Opt-In Plaintiffs: Eric Pena, Fermin Valdez, Adrian Tarango, and Warren Hobbs (collectively the "Opt-In Plaintiffs") (The Named Plaintiff and the Opt-in Plaintiffs collectively referred to herein as "Plaintiffs") on the one hand, and Defendant Completion Equipment Rental Inc.; Defendant Richard Prudhomme; and Defendant Ashley Prudhomme-Dinsdale (collectively "Defendants") on the other, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate that this action against Defendants is dismissed with prejudice with all parties to bear their own costs and fees.

DATED this 21 day of February, 2024.

Respectfully submitted,

**MOORE & ASSOCIATES**
Lyric Centre
440 Louisiana Street, Suite 1110
Houston, Texas 77002-1055
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

By: /s/ Curt Hesse  w/ permission
Melissa Moore
Tex. Bar No. 24013189
melissa@mooreandassociates.net
Curt Hesse
Tex. Bar No. 24065414
curt@mooreaandassociates.net

**ATTORNEYS FOR PLAINTIFF**

CHRISTOPHER C. STRAWN
State Bar No. 19372800
Direct Line: (210) 731-6405
Chris.strawn@fordmuray.com
KENNEDY HATFIELD ASEL
State Bar No. 24121663
Direct Line: (210) 731-6486
hatfieldasel@fordmurray.com
FORD MURRAY, PLLC
10001 Reunion Place, Suite 640
San Antonio, Texas 78216
(210) 731-6400 Main
(210) 731-6401 Facsimile

By:/S/Melissa Morales Fletcher
Melissa Morales Fletcher, *Of Counsel*
State Bar No. 24007702
Email:   melissa@themoralesfirm.com
THE MORALES FIRM, P.C.
6243 W. Interstate 10, Suite 132
San Antonio, Texas 78201
Telephone: (210) 225-0811
Facsimile: (210) 225-0821
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I do hereby certify that on 2\21\24, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all counsel of record.

/S/ Melissa Morales Fletcher
Melissa Morales Fletcher