# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JOSHUA GALINDO, individually, and on behalf of all others similarly situated,<br>*Plaintiff,*<br><br>v.<br><br>COMPLETION EQUIPMENT RENTAL, INC., RICHARD PRUDHOMME, and ASHLEY PRUDHOMME-DINSDALE,<br>*Defendants.* | §§§§§§§§§§§   MO:20-CV-260-RCG |

## ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

In accordance with the Parties' Agreed Stipulation of Dismissal with Prejudice, this cause is **DISMISSED WITH PREJUDICE**. (Doc. 90); *See* FED. R. CIV. P. 41(a)(1)(A)(ii).

Accordingly, any pending motions are **HEREBY DENIED AS MOOT**. It is further ordered that attorney fees, expenses and court costs shall be borne by the party incurring same, except as otherwise agreed by the Parties. The District Clerk's Office is directed to **CLOSE** the case.

It is so **ORDERED**.

SIGNED this 26th day of February, 2024.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE